# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Roderick Grant, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| vs. ) | |
| ) | Case No. 3:18-cv-171 |
| Tech Mahindra (Americas), Inc., ) | |
| ) | |
| Defendant. ) | |

Plaintiff Roderick Grant alleges his former employer, Defendant Tech Mahindra (Americas), Inc. ("TMA"), engaged in a nationwide pattern or practice of discrimination based on race and national origin. Doc. No. 1. TMA filed a motion to compel individual arbitration on February 26, 2019. Doc. No. 40. Plaintiff opposes the motion. Doc. No. 47. Additionally, on June 5, 2019, Grant moved for leave to amend the complaint to add another named plaintiff. Doc. No. 52. TMA opposes Grant's motion. Doc. No. 53.

On December 5, 2019, Magistrate Judge Alice R. Senechal issued a Report and Recommendation, in which she recommended (1) TMA's motion to compel individual arbitration be granted and the case be stayed pending arbitration; (2) Grant's claims for class-wide arbitration be dismissed; and, (3) Grant's motion for leave to amend the complaint be denied. Doc. No. 56.

The parties were initially given until December 19, 2019 to file any objection to the Report and Recommendation. Grant filed a motion for extension of time to respond to the Report and Recommendation. Doc. No. 57. Magistrate Judge Senechal granted Grant's motion for an extension and extended the objection deadline to January 9, 2020. Doc. No. 58. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 56) in its entirety and **ORDERS** as follows:

(1)　TMA's motion to compel individual arbitration is **GRANTED**;

(2)　The case shall be **STAYED** pending the individual arbitration proceeding;

(3)  Grant's claims for class-wide arbitration are **DISMISSED**; and,

(4)  Grant's motion for leave to amend the complaint is **DENIED**.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court

2