# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE WILLIAMS, *individually and in his representative capacity*,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>TECH MAHINDRA (AMERICAS), INC.,<br><br>　　　　Defendant. | Case No. 3:20-CV-04684<br><br>**CONSENT ORDER FOR KENNETH W. GAGE AND JULIA G. MIX TO APPEAR AND PARTICIPATE *PRO HAC VICE* ON BEHALF OF DEFENDANT TECH MAHINDRA (AMERICAS), INC.** |

**THIS MATTER** having come before the Court upon the application of Brian Matthew Hayes, attorney Defendant Tech Mahindra (Americas), Inc. ("TMA"), for the *pro hac vice* admission of Kenneth W. Gage and Julia G. Mix pursuant to L. Civ. R. 101.1; and the Plaintiff having consented to this application; and for good cause shown;

**IT IS on this** 3rd **day of** August **, 2020,**

**ORDERED** that Kenneth W. Gage and Julia G. Mix ("Counsel") be permitted to appear *pro hac vice* in this matter; and it is further

**ORDERED** that Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court; and it is further

**ORDERED** that Brian Matthew Hayes shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and Counsel in this matter; and it is further

**ORDERED** that Counsel shall make payments to the New Jersey Lawyer's Fund for the Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which Counsel represents TMA in this matter; and it is further

**ORDERED** that Counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3).

Dated:  August 3, 2020

_____
The Honorable Lois H. Goodman
United States Magistrate Judge