UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE WILLIAMS, individually and in his representative capacity,<br><br>Plaintiff,<br><br>v.<br><br>TECH MAHINDRA (AMERICAS), Inc.,<br><br>Defendant. | Case No. 3:20-cv-04684 (BRM) (LHG)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiff Lee Williams's ("Plaintiff") notice, filed February 24, 2021, indicating Plaintiff's intention to stand on the existing Complaint. (ECF No. 16.) The Court's January 29, 2021 Order (ECF No. 15) granted Defendant Tech Mahindra (Americas), Inc.'s ("Defendant") Motion to Dismiss and dismissed the matter in its entirety without prejudice. (ECF No. 15.) It appearing that Plaintiff's notice evinces "a clear and unequivocal intent to decline amendment and immediately appeal that leaves no doubt or ambiguity," *Weber v. McGrogan*, 939 F.3d 232, 240 (3d Cir. 2019), and that dismissing the Complaint with prejudice would result in a reviewable, final order, *id.* at 239, and for good cause appearing,

**IT IS** on this 25th day of February 2021,

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** in its entirety.

/s/ *Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE